THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANA SLOTTERBACK, | : |
| Plaintiff, | : 3:25-CV-434 |
| | : (JUDGE MARIANI) |
| v. | : (Chief Magistrate Judge Bloom) |
| POTTSVILLE SOCIAL SECURITY OFFICE, | : |
| Defendant. | : |

### ORDER

AND NOW, THIS ___9th___ DAY OF JULY, 2025, upon review of Chief Magistrate Judge Daryl Bloom's Report and Recommendation ("R&R") (Doc. 8) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 8) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff's Application to Proceed *in forma pauperis* (Doc. 6) is **GRANTED**.

4. Plaintiff may file an Amended Complaint within **21 days** of the date of this Order. Failure to file an Amended Complaint may result in the dismissal of the above-captioned action.

_____
Robert D. Mariani
United States District Judge