THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LANA SLOTTERBACK,                         :
                                          :
    Plaintiff,                            :   3:25-CV-434
                                          :   (JUDGE MARIANI)
    v.                                    :
                                          :
POTTSVILLE SOCIAL SECURITY OFFICE,        :
                                          :
    Defendant.                            :

## ORDER

AND NOW, THIS 15th DAY OF AUGUST, 2025, for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** the above-captioned action is **DISMISSED without prejudice**. The Clerk of Court is directed to **CLOSE** this action.

                                                _/s/ Robert D. Mariani_
                                                Robert D. Mariani
                                                United States District Judge